UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

MARIAN ELIZABETH DUBAR,    )
    )
    )
    Plaintiff,    )
    )    **JUDGMENT IN A CIVIL CASE**
v.    )    **CASE NO. 7:23-CV-1178-D**
    )
    )
    )
CHRISTOPHER M. BROWN, SCOTT    )
BEATTY, and JAMES M. BRODGON,    )
    )
    )
    Defendants.    )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R [D.E. 12], GRANTS defendant's motion to dismiss [D.E. 7], and DISMISSES plaintiff's complaint for lack of jurisdiction.

**This Judgment Filed and Entered on March 1, 2024, and Copies To:**

Marian Elizabeth Dubar    (via US Mail toPost Office Box 7548, Wilmington, NC 28406)

Megan McGee Stacy    (via CM/ECF electronic notification)

Suzanne R. Walker    (via CM/ECF electronic notification)

DATE: March 1, 2024    PETER A. MOORE, JR., CLERK

    (By)  /s/ Stephanie Mann

    Deputy Clerk